**FILED
CLERK**

5/4/2022 12:39 pm

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MICHELLE TENZER-FUCHS, on behalf of herself and all others similarly situated,

                Plaintiff,

     -against-

ROVE CONCEPTS, LTD,

               Defendant.
-----------------------------------------------------------X

Case No. 2:21-cv-07211-JMA-ARL

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have been asserted in the above-captioned action against defendant are hereby voluntarily dismissed with prejudice and without costs.

Dated: April 21, 2022

| | |
|---|---|
| SHALOM LAW, PLLC | NOVIAN & NOVIAN, LLP |
| By: */s/Jonathan Shalom*<br>    Jonathan Shalom, Esq.<br>    105-13 Metropolitan Avenue<br>    Forest Hills, New York 11375<br>    (718) 971-9474<br>    jonathan@shalomlawny.com<br>    *Attorneys for Plaintiff* | By: */s/Anthony Chavez*<br>Anthony S. Chavez<br>Novian & Novian, LLP<br>1801 Century Park East, Suite 1201<br>Los Angeles, CA 90067<br>T: (310) 553-1222<br>achavez@novianlaw.com<br>*Attorneys for Defendant* |

    Case closed.
    SO ORDERED.
    /s/ JMA, USDJ
    5/4/2022